# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL ELLIS

VERSUS

CIRCLE L TRUCKING, L.L.C.
AND EMPLOYERS MUTUAL
CASUALTY COMPANY

NO.   2019 CW 1269

JAN 1 6 2020

---

In Re:   Employers  Mutual  Casualty  Company,  applying  for
         supervisory   writs,   19th  Judicial  District  Court,
         Parish of East Baton Rouge, No. 676118.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT